1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES**
10

| | |
|---|---|
| CARLOS SANDOVAL, | Case No. 2:20-cv-04357 JFW(JPRx) |
|       Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [22]** |
|   vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Judge:  John F. Walter |
| | Ctrm:   7A |
|       Defendant. | Complaint Filed:  May 14, 2020 |

     Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:20-cv-04357 JFW(JPRx), is dismissed in its entirety as to all defendants, with prejudice.

     IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: December 9, 2020          _____

                                Honorable John F. Walter
                                United States District Judge